MARKERT, Appellant, vs. TRUETTNER and another, Respondents.

For the appellant: *Hersh & Morse*, attorneys, and *Arthur B. Magidson* of counsel, all of Milwaukee.

For the respondents: *Doll & Kinzer* and *R. J. Schimmel*, all of Milwaukee.

*By the Court.*—Judgment affirmed.